Ernest Galvan, 196065
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: Egalvan@rbg-law.com

Counsel for Related Case Petitioner Leslie D. Mower

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA BARCELO BLAKE, Reg. No. 14927-097, Federal Correctional Institution - Camp Parks, Dublin, California,<br><br>          Petitioner,<br><br>     v.<br><br>SHELIA A. CLARK, Warden, Federal Correctional Institution - Camp Parks, Dublin, California,<br><br>          Respondent. | Case No. 4:07-CV-02899 CW<br><br>**DECLARATION OF ERNEST GALVAN IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

1

DECLARATION OF ERNEST GALVAN IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED - Case No. 4:07-CV-02899 CW

I, ERNEST GALVAN, HEREBY DECLARE:

1. I am an attorney and am admitted to practice in the State of California. I am a partner at the law firm of Rosen, Bien & Galvan, LLP, counsel of record for the petitioner in *Leslie D. Mower, Reg. No. 10178-081, Federal Correctional Institution – Camp Parks, Dublin, California v. Paul Copenhaver, Warden, Institution – Camp Parks, Dublin, California*, filed concurrently in the Northern District of California.

2. I have personal knowledge of the matters set forth herein, and if called as a witness, I could and would competently so testify. I submit this declaration in support of Petitioner's Administrative Motion to Consider Whether Cases Should Be Related.

3. Petitioner's counsel prepared the accompanying Administrative Motion to Consider Whether Cases Should Be Related, for filing in conjunction with the petition in *Mower v. Clark*. Under Northern District Local Civil Rule 3-12, such a Motion must comply with Local Rule 7-11.

4. Because as of July 30, 2007, the BOP has yet to make an appearance in *Blake v. Clark* and *Aragon v. Clark*, Petitioner's counsel has not identified counsel for Respondents from whom to seek a stipulation. Petitioner is serving a copy of this Administrative motion on the United States Attorney by overnight delivery.

5. Petitioner's counsel has not yet arranged for visitation with Cynthia Blake and Dianne Aragon in order to seek their stipulations to related case treatment as required by Local Rule 7-11.

6. I declare under penalty of perjury under the laws of the State of California and of the United States of America that the foregoing is true and correct, and that this declaration was executed this 30th day of July, 2007 in San Francisco, California.

                                          */s/ Ernest Galvan*_____

                                          Ernest Galvan

1

DECLARATION OF ERNEST GALVAN IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED - Case No. 4:07-CV-02899 CW