1 | Ernest Galvan, 196065
ROSEN, BIEN & GALVAN, LLP
2 | 315 Montgomery Street, Tenth Floor
San Francisco, California 94104
3 | Telephone: (415) 433-6830
Facsimile: (415) 433-7104
4 | Email: Egalvan@rbg-law.com

5 | Counsel for Petitioner Leslie D. Mower

6

7

8

9
UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
10

11

LESLIE D. MOWER, Reg. No. 10178-081     Case No.
12 | Federal Correctional Institution - Camp Parks,
Dublin, California,     **PROOF OF SERVICE**
13

Petitioner,
14

15     v.

PAUL COPENHAVER, Warden, Federal
16 | Correctional Institution - Camp Parks, Dublin,
California,
17

18     Respondent.

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE - Case No.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## PROOF OF SERVICE

I, Kathleen Johnson-Silk, declare that I am a resident of the State of California, am over the age of eighteen years and am not a party to the within action. I am employed with Rosen, Bien & Galvan LLP, whose address is 315 Montgomery Street, Tenth Floor, San Francisco, California 94104. On July 30, 2007, I served the following documents:

**PETITION FOR WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241 BY PRISONER IN FEDERAL CUSTODY**

**DECLARATION OF SHIRLEY HUEY IN SUPPORT OF PETITION FOR HABEAS CORPUS**

**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

**DECLARATION OF ERNEST GALVAN IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

I served the documents on the persons listed below, as follows:

| | |
|---|---|
| [ ] | **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons listed below and providing them to a professional messenger service for service. (A declaration by the messenger is attached hereto as a separate document.) |
| [ ] | **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons listed below and placed the envelope or package for collection and mailing in accordance with our ordinary business practices. I am readily familiar with my firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at San Francisco, California. |
| [ X ] | **By overnight delivery.** I enclosed the documents in a sealed envelope or package provided by Federal Express and addressed it to the persons listed below. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier and I arranged to pay for all fees for delivery. |
| [ ] | **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed below from Rosen Bien & Galvan's facsimile transmission telephone number, (415) 433-7104. No error was reported |

POS, notice of related cases to def

| | by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached. |
|---|---|
| [ ] | **By e-mail or electronic transmission.** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addressed listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. |

**All documents were sent to the following persons in the following manner:**

U.S. Attorney
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this Proof of Service was executed on this 30th day of July, 2007 at San Francisco, California.

Kathleen Johnson-Silk