# Exhibit C

Declaration of Bobbi Butler

SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
Assistant United States Attorney

DENNIS M. WONG (CSBN 173951)
Special Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (925)803-4760
   FAX: (415) 436-6748
   Email: dwong@bop.gov

Attorneys for Federal Respondent

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CYNTHIA BARCELO BLAKE, | No. 07-CV-2899 CW (PR) |
|    Petitioner, | DECLARATION OF BOBBI BUTLER |
| v. | |
| SCHELIA A. CLARK, Warden, | |
|    Respondent. | |

Declaration of Bobbi Butler
07-CV-2899-CW                   1

I, BOBBI BUTLER, do declare and state the following:

1. I work in the Correctional Programs department for the Western Region, Federal Bureau of Prisons (BOP), United States Department of Justice. Among other functions, the Correctional Programs department is responsible for working with each institution within the Western Region to provide assistance with identification and classification, as well as respond to questions regarding the designation and placement of inmates. I have worked in this capacity since November of 1999. As part of my duties, I am familiar with the records compiled by the Bureau of Prisons and have access thereto.

2. I have reviewed BOP records maintained in the SENTRY Computer System with regard to inmate Cynthia Blake, Register Number 14927-097. My review indicates that inmate Blake's projected release date is January 12, 2008. Her pre-release preparation date, which means the date representing the last ten percent of her sentence, or six months, whichever is less, is December 8, 2007. A full six months would be approximately July 12, 2007.

3. I have reviewed BOP records maintained in the SENTRY Computer System with regard to inmate Dianne Aragon, Register number 27331-051. My review indicates that inmate Aragon's projected release date is February 4, 2008. Her pre-release preparation date is December 28, 2007. A full six months would be approximately August 4, 2007.

4. I have reviewed BOP records maintained in the SENTRY Computer System with regard to inmate Leslie Mower, Register number 10178-081. My review indicates that inmate Mower's

projected release date is February 13, 2009. Her pre-release preparation date is December 5, 2008. A full six months would be approximately August 13, 2008.

    5. I declare under the penalty of perjury, pursuant to Title 28, United States Code, Section 1746, that the foregoing is true and correct to the best of my information, knowledge and belief.

    Executed this 1st day of August, 2007, at Dublin, California.

Bobbi Butler