SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
Assistant United States Attorney

DENNIS M. WONG (CSBN 173951)
Special Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (925)803-4760
   FAX: (415) 436-6748
   Email: dwong@bop.gov

Attorneys for Federal Respondent

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CYNTHIA BARCELO BLAKE, ) <br> ) <br>    Petitioner, ) <br> ) <br>   v. ) <br> ) <br> SCHELIA A. CLARK, Warden, ) <br> ) <br>    Respondent. ) <br> _____) | No. C-07-2899 CW <br> E-FILING CASE <br><br> DECLARATION OF KIM BEAKEY |

Declaration of Kim Beakey
07-CV-07-2899-CW                    1

I, Kim Beakey, do declare and state the following:

1. Prior to March of 2006, I was the Regional Designator for the Western Region, employed by the Federal Bureau of Prisons ("BOP"), United States Department of Justice. My duties as the Regional Designator included evaluating individuals who were federally sentenced in the Western Region for initial designation to an appropriate BOP facility. I also evaluated inmates in the Western Region for redesignation (transfer) to other BOP facilities. The Western Region includes the states of California, Alaska, Arizona, Nevada, Utah, Oregon, Idaho, Montana, Washington, Hawaii and Wyoming. I held that position since June of 2004.

2. After March of 2006, some of my duties and responsibilities changed, and I am now a Correctional Programs Specialist. Specifically, most of my designation responsibilities transferred to the Designation and Sentence Computation Center ("DSCC"), located in Grand Prairie, Texas. The DSCC is a new BOP operation established to centralize certain functions that used to be done at regional offices and institutions. As a Correctional Programs Specialist, my duties include overseeing the inmate population in the Western Region, and coordinating limited transfers. I also provide guidance on placements to Residential Reentry Centers ("RRC"). RRCs were formerly referred to as halfway houses or community corrections centers.

3. I am familiar with records compiled by the BOP and have access to them, and provide copies to requesting Department of Justice employees in the ordinary course of business. In this case, I have obtained a copy of inmate Cynthia Blake's Judgment from her criminal case, Case No. 04-CR-00004-02, Eastern District of California, a true and correct of which is attached as Exhibit 1. Inmate Blake's BOP Register Number is 14927-097.

4. I have also obtained a copy of inmate Blake's Public Information Inmate Data printout, which is generated from our inmate database called SENTRY, a true and correct copy of which is attached as Exhibit 2. Exhibit 2 lists various information about a specific inmate that is considered by the BOP to be releasable to the general public.

I declare under the penalty of perjury, pursuant to Title 28, United States Code, Section 1746, that the foregoing is true and correct to the best of my information, knowledge and belief. Executed this 16th day of August, 2007, at Dublin, California.

*Kim Beakey*
Kim Beakey
Correctional Programs Specialist

Declaration of Kim Beakey
07-CV-07-2899-CW                                    3

# Exhibit 1

Judgment in <u>U.S. v. Cynthia Barcelo Blake</u>
2:04CR00004-02, E.D. California

AO 245B-CAED (Rev. 3/04)- Sheet 1 - Judgment in a Criminal Case

# United States District Court
## Eastern District of California

RECEIVED
UNITED STATES MARSHAL
06 OCT 25 PM 2:36
EASTERN DISTRICT
OF CALIFORNIA

UNITED STATES OF AMERICA

**CYNTHIA BARCELO BLAKE**

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)
Case Number: **2:04CR00004-02**

Shannon Dugan
655 Montgomery Street, Suite 1200
San Francisco, CA 94111
Defendant's Attorney



FILED
OCT 25 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

**THE DEFENDANT:**

[✓] pleaded guilty to count: 1 of the Superseding Information.
[ ] pleaded nolo contendere to counts(s) ___ which was accepted by the court.
[ ] was found guilty on count(s) ___ after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 USC 856(a)(1) | Maintaining Drug Involved Premises | 7/2003 | 1 |

The defendant is sentenced as provided in pages 2 through _6_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on counts(s) ___ and is discharged as to such count(s).

[ ] Count(s) ___ (is)(are) dismissed on the motion of the United States.

[✓] Indictment is dismissed by District Court on motion of the United States.

[ ] Appeal rights given.    [✓] Appeal rights waived.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

10/17/06
Date of Imposition of Judgment

Signature of Judicial Officer

**MORRISON C. ENGLAND, JR.**, United States District Judge
Name & Title of Judicial Officer

October 25, 2006
Date

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.

10/25/06

AO 245B-CAED (Rev. 3/04) Sheet 2 - Imprisonment

| | |
|---|---|
| CASE NUMBER: 2:04CR00004-02 | Judgment - Page 2 of 6 |
| DEFENDANT: CYNTHIA BARCELO BLAKE | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 12 months.

[✔]  The court makes the following recommendations to the Bureau of Prisons:
The Court recommends that the defendant be incarcerated in a Dublin, California, but only insofar as this accords with security classification and space availability.

[ ]  The defendant is remanded to the custody of the United States Marshal.

[ ]  The defendant shall surrender to the United States Marshal for this district.
[ ] at ___ on ___.
[ ] as notified by the United States Marshal.

[✔]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[✔] before 2:00 pm on 1/15/07.
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Officer.
If no such institution has been designated, to the United States Marshal for this district.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on_____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal

AO 245B-CAED (Rev. 3/04) Sheet 3 - Supervi. Release

CASE NUMBER:      2:04CR00004-02                                                          Judgment - Page 3 of 6
DEFENDANT:        CYNTHIA BARCELO BLAKE

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of 36 months.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed four (4) drug tests per month.

[ ]     The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of
        future substance abuse. (Check, if applicable.)

[✔]     The defendant shall not possess a firearm, destructive device, or any other dangerous weapon. (Check, if applicable.)

[✔]     The defendant shall submit to the collection of DNA as directed by the probation officer. (Check, if applicable.)

[ ]     The defendant shall register and comply with the requirements in the federal and state sex offender registration agency in the
        jurisdiction of conviction, Eastern District of California, and in the state and in any jurisdiction where the defendant resides, is
        employed, or is a student. (Check, if applicable.)

[ ]     The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or a restitution obligation, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow instructions of the probation officer;
4) the defendant shall support his or her dependants and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons;
6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere, and shall permit confiscation of any contraband observed in plain view by the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B-CAED (Rev. 3/04) - Sheet 3 - Supervised Release

| | | |
|---|---|---|
| CASE NUMBER: | 2:04CR00004-02 | Judgment - Page 4 of 6 |
| DEFENDANT: | CYNTHIA BARCELO BLAKE | |

## SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall submit to the search of her person, property, home, and vehicle by a United States Probation Officer, or any other authorized person under the immediate and personal supervision of the probation officer, based upon reasonable suspicion, without a search warrant. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

2. As directed by the probation officer, the defendant shall participate in a correctional treatment program (inpatient or outpatient) to obtain assistance for drug or alcohol abuse.

3. As directed by the probation officer, the defendant shall participate in a program of testing (i.e. breath, urine, sweat patch, etc.) to determine if she has reverted to the use of drugs or alcohol.

4. As directed by the probation officer, the defendant shall participate in a program of mental health treatment (inpatient or outpatient.)

5. The defendant shall comply with the conditions of home detention for a period of 180 consecutive days to commence when directed by the probation officer. During this time, the defendant will remain at place of residence except for employment and other activities approved in advance by the defendant's probation officer. The defendant will maintain telephone service at her place of residence without an answering device, call forwarding, a modem, caller ID, call waiting, or a cordless telephone for the above period.

   At the discretion of the probation officer, the defendant shall wear an electronic monitoring device and follow electronic monitoring procedures as specified by her probation officer. The defendant shall pay the cost of electronic monitoring as determined by the probation officer.

6. As directed by the probation officer, the defendant shall participate in a co-payment plan for treatment or testing and shall make payment directly to the vendor under contract with the United States Probation Office of up to $25 per month.

7. The defendant shall register, as required in the jurisdiction in which she resides, as a drug offender.

AO 245B-CAED (Rev. 3/04) Sheet 5 - Criminal Monetary Penalties

CASE NUMBER:     2:04CR00004-02                                          Judgment - Page 5 of 6
DEFENDANT:       CYNTHIA BARCELO BLAKE

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments on Sheet 6.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | $ 100 | $ | $ |

[ ]  The determination of restitution is deferred until ___ . An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

[ ]  The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| TOTALS: | $ ___ | $ ___ | |

[ ]  Restitution amount ordered pursuant to plea agreement $ ___

[ ]  The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

[ ]  The court determined that the defendant does not have the ability to pay interest and it is ordered that:

  [ ] The interest requirement is waived for the     [ ] fine      [ ] restitution

  [ ] The interest requirement for the              [ ] fine   [ ] restitution is modified as follows:

** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B-CAED (Rev. 3/04) Sheet 6 - Schedule of Payments

CASE NUMBER: 2:04CR00004-02
DEFENDANT: CYNTHIA BARCELO BLAKE

Judgment - Page 6 of 6

# SCHEDULE OF PAYMENTS

Payment of the total fine and other criminal monetary penalties shall be due as follows:

A   [ ]   Lump sum payment of $ __ due immediately, balance due

       [ ]   not later than __ , or
       [ ]   in accordance with   [ ] C,   [ ] D,   [ ] E, or   [ ] F below; or

B   [✓]   Payment to begin immediately (may be combined with   [ ] C,   [ ] D, or [ ] F below); or

C   [ ]   Payment in equal __ (e.g., weekly, monthly, quarterly) installments of $ __ over a period of __ (e.g., months or years), to commence __ (e.g., 30 or 60 days) after the date of this judgment; or

D   [ ]   Payment in equal __ (e.g., weekly, monthly, quarterly) installments of $ __ over a period of __ (e.g., months or years), to commence __ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E   [ ]   Payment during the term of supervised release will commence within __ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F   [ ]   Special instructions regarding the payment of criminal monetary penalties:


Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

[ ]   Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate:


[ ]   The defendant shall pay the cost of prosecution.

[ ]   The defendant shall pay the following court cost(s):

[ ]   The defendant shall forfeit the defendant's interest in the following property to the United States:

# Exhibit 2

Public Information Inmate Data printout for Cynthia Blake, Reg. No. 14927-097

```
   WXR27           *          PUBLIC INFORMATION        *      07-30-2007
   PAGE 001        *             INMATE DATA            *      12:59:44
                               AS OF 07-30-2007

REGNO..: 14927-097 NAME: BLAKE, CYNTHIA BARCELO

                   RESP OF: DUB / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 925-833-7500   FAX: 925-833-7599
                                           RACE/SEX...: WHITE / FEMALE
FBI NUMBER.: 325309H                       DOB/AGE....: 12-16-1969 / 37
PROJ REL MT: FULL TERM RELEASE             PAR ELIG DT: N/A
PROJ REL DT: 01-12-2008                    PAR HEAR DT:
-------------------------- ADMIT/RELEASE HISTORY ---------------------------

  FCL    ASSIGNMENT DESCRIPTION            START DATE/TIME STOP  DATE/TIME

  DUB    A-DES      DESIGNATED, AT ASSIGNED FACIL  01-15-2007 1130 CURRENT
  9-L    RELEASE    RELEASED FROM IN-TRANSIT FACL  01-15-2007 1430 01-15-2007 1430

  9-L    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 11-06-2006 1339 01-15-2007 1430

  DSC    ADMIN REL  ADMINISTRATIVE RELEASE         11-06-2006 1239 11-06-2006 1239

  DSC    A-ADMIN    ADMINISTRATIVE ADMISSION       11-06-2006 1238 11-06-2006 1239




G0002       MORE PAGES TO FOLLOW . . .
```

```
WXR27              *         PUBLIC INFORMATION          *    07-30-2007
PAGE 002           *            INMATE DATA              *    12:59:44
                              AS OF 07-30-2007

REGNO..: 14927-097 NAME: BLAKE, CYNTHIA BARCELO

                   RESP OF: DUB / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 925-833-7500   FAX: 925-833-7599
PRE-RELEASE PREPARATION DATE: 12-08-2007

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  01-12-2008 VIA FT REL

-----------------------CURRENT JUDGMENT/WARRANT NO: 010 --------------------


COURT OF JURISDICTION...........: CALIFORNIA, EASTERN DISTRICT
DOCKET NUMBER...................: 2:04CR00004-02
JUDGE...........................: ENGLAND,JR.
DATE SENTENCED/PROBATION IMPOSED: 10-17-2006
DATE COMMITTED..................: 01-15-2007
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                FELONY ASSESS  MISDMNR ASSESS   FINES          COSTS
NON-COMMITTED.: $100.00          $00.00        $00.00         $00.00

RESTITUTION...: PROPERTY:  NO   SERVICES:  NO       AMOUNT:  $00.00

------------------------CURRENT OBLIGATION NO: 010 --------------------------

OFFENSE CODE....:  405
OFF/CHG: 21:856 (A)(1) MAINTAINING DRUG INVOLVED PREMISES

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:     12 MONTHS
 TERM OF SUPERVISION............:     36 MONTHS
 DATE OF OFFENSE................: 07-01-2003




G0002         MORE PAGES TO FOLLOW . . .
```

```
   WXR27         *          PUBLIC INFORMATION          *      07-30-2007
PAGE 003 OF 003 *              INMATE DATA             *      12:59:44
                            AS OF 07-30-2007

REGNO..: 14927-097 NAME: BLAKE, CYNTHIA BARCELO

               RESP OF: DUB / DESIGNATED, AT ASSIGNED FACIL
               PHONE..: 925-833-7500   FAX: 925-833-7599
-------------------------CURRENT COMPUTATION NO: 010 -------------------------


COMPUTATION 010 WAS LAST UPDATED ON 01-16-2007 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 01-27-2007 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 01-15-2007
TOTAL TERM IN EFFECT............:     12 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:      1 YEARS
EARLIEST DATE OF OFFENSE........: 07-01-2003

JAIL CREDIT.....................:    FROM DATE     THRU DATE
                                     01-13-2004    01-14-2004

TOTAL PRIOR CREDIT TIME.........: 2
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 0
TOTAL GCT EARNED................: 0
STATUTORY RELEASE DATE PROJECTED: 01-12-2008
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 01-12-2008


PROJECTED SATISFACTION DATE.....: 01-12-2008
PROJECTED SATISFACTION METHOD...: FT REL




S0055        NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```