FEDERAL PRISON CAMP
CYNTHIA BLAKE 14927-097
675 9TH ST. - CAMP PARKS
DUBLIN, CA 94568

UNITED STATES DISTRICT COURT
450 GOLDEN GATE AVENUE
BOX 36060
SAN FRANCISCO, CA 94102

OAKLAND CA 946
31 AUG 2007 PM 6 T





9410241366 CD04