SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
Assistant United States Attorney

DENNIS M. WONG (CSBN 173951)
Special Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (925)803-4760
   FAX: (415) 436-6748
   Email: dwong@bop.gov

Attorneys for Federal Respondent

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CYNTHIA BARCELO BLAKE, )<br>)<br>    Petitioner, )<br>)<br>  v. )<br>)<br>SCHELIA A. CLARK, Warden, )<br>)<br>    Respondent. )<br>_____) | No. 07-CV-2899 CW<br>E-FILING CASE<br><br>[PROPOSED] ORDER TO DISMISS CASE AS MOOT |

After review of the files and materials in this case, specifically the fact that Petitioner has been released from Bureau of Prisons custody, and Respondent's Motion To Dismiss As Moot, this Court hereby grants Respondent's motion to dismiss this case, [with] [without] prejudice.

IT IS SO ORDERED.

Dated: _____, 2007        By:    _____
                                            THE HONORABLE CLAUDIA WILKEN
                                            United States District Judge