IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA BARCELO BLAKE,<br><br>    Petitioner,<br><br>  v.<br><br>SCHELIA A. CLARK,<br><br>    Respondent._____/ | No. C 07-02899 CW<br><br>CLERK'S NOTICE TAKING MOTION UNDER SUBMISSION |

    On October 1, 2007, Respondent filed a Motion to Dismiss as Moot and noticed the motion for hearing on November 15, 2007. Petitioner's opposition to the motion was due October 25, 2007. No opposition has been filed by Petitioner. Accordingly,

    NOTICE IS HEREBY GIVEN that the Court, on its own motion, shall take the Federal Respondent's Motion to Dismiss as Moot under submission on the papers. Petitioner's opposition to the motion will be due November 15, 2007, and any reply by Respondent will be due November 21, 2007. Failure by Petitioner to timely file an opposition may result in granting of the motion.

    It is Petitioner's responsibility to prosecute this case. Petitioner must keep the Court informed of any change of address

and must comply with the Court's orders in a timely manner.

Failure to comply with this notice will be deemed a sufficient ground for sanctions, including dismissal of this case.

*Sheilah Cahill*

Dated: 10/26/07

SHEILAH CAHILL
Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

CYNTHIA BARCELO BLAKE,

        Plaintiff,

 v.

SCHELIA A. CLARK et al,

        Defendant.

Case Number: CV07-02899 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 26, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Cynthia Barcelo Blake
1200 William Way
Roseville, CA  95678

Dennis Matthew Wong
U.S. Attorney's Office
450 Golden Gate Avenue
San Francisco, CA 94102

Dated: October 26, 2007

                                Richard W. Wieking, Clerk
                                By: Sheilah Cahill, Deputy Clerk