

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY ST., SUITE 400S
OAKLAND, CA 94612-5212

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

FILED
NOV - 5 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

NIXIE           943          CO    11/01/07
  RETURN TO SENDER
  NOT DELIVERABLE AS ADDRESSED
  UNABLE TO FORWARD
BC: 94612521299          *0305-10152-25-44*

C-07-2899-CW

Cynthia Barcelo Blake 14927-097
Federal Prison Camp - Dublin
5675 8th Street
Camp Parks
Dublin, CA 94568

CV07-02899 CW

ORIGINAL
FILED
OCT 2 5 2007
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CYNTHIA BARCELO BLAKE,

    Plaintiff,

v.

SCHELIA A. CLARK,

    Defendant.
_____/

No. C 07-02899 CW

CLERK'S NOTICE
TAKING MOTION UNDER
SUBMISSION

    Notice is hereby given that the Court, on its own motion, shall take Federal Respondent's Motion to Dismiss as Moot under submission on the papers. The hearing previously scheduled for November 15, 2007, is vacated.

Dated: 10/25/07

                                                                      *Claudia Wilken*
SHEILAH CAHILL
Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

CYNTHIA BARCELO BLAKE,

    Plaintiff,

v.

SCHELIA A. CLARK et al,

    Defendant.

Case Number: CV07-02899 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 25, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Cynthia Barcelo Blake 14927-097
Federal Prison Camp - Dublin
5675 8th Street
Camp Parks
Dublin, CA 94568

Dennis Matthew Wong
U.S. Attorney's Office
450 Golden Gate Avenue
San Francisco, CA 94102

Dated: October 25, 2007

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk