IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CYNTHIA BARCELO BLAKE,

      Petitioner,

  v.

SCHELIA A. CLARK,

      Respondent.
_____/

No. C 07-02899 CW

**JUDGMENT**

    For the reasons set forth in this Court's Order Granting Respondent's Motion to Dismiss,

    IT IS ORDERED AND ADJUDGED

    That Petitioner Cynthia Barcelo Blake take nothing, that the action be dismissed on the merits, and that each party bear its own costs of action.

    Dated at Oakland, California, this 11th day of December, 2007.

                                  RICHARD W. WIEKING
                                  Clerk of Court

              By: _____
                   SHEILAH CAHILL
                   Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

CYNTHIA BARCELO BLAKE,

        Plaintiff,

v.

SCHELIA A. CLARK et al,

        Defendant.

Case Number: CV07-02899 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 11, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Cynthia Barcelo Blake 14927-097
Federal Prison Camp - Dublin
5675 8th Street
Camp Parks
Dublin, CA 94568

Dennis Matthew Wong
U.S. Attorney's Office
450 Golden Gate Avenue
San Francisco, CA 94102

Dated: December 11, 2007

                                      Richard W. Wieking, Clerk
                                      By: Sheilah Cahill, Deputy Clerk